1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN HOPKINS, # 294141
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   (916) 498-5700
5  Fax (916) 498-5710

6

7  Attorney for Defendant
   ROLAN DIAZ

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   Case No. 2:25-PO-00073-JDP
                                 )
12              Plaintiff,       )
                                 )
13      vs.                      )   REQUEST FOR RULE 43 WAIVER OF
                                 )   APPEARANCE AND [~~PROPOSED~~] ORDER
14  ROLAN DIAZ,                  )
                                 )
15              Defendant,       )
                                 )
16                               )

17      Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, Rolan Diaz, hereby waives the right to be present in person in open court or by video teleconference for all non-substantive proceedings in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon such critical stages as an arraignment, change of plea, empanelment of jury and imposition of sentence.

    Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver, and agrees that his interests will be represented at all times by the presence of his attorney, the same as if the defendant were personally present.  The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174

*United States v. Rolan Diaz*                                    *Request for Rule 43 Waiver of Appearance*
*(2:24-po-00073-JDP)*

1

(Speedy Trial Act), and authorizes his attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: June 18, 2025

    /s/ Rolan Diaz
ROLAN DIAZ
Defendant
(original signature on file with defense counsel)

Dated:  June 18, 2025

    /s/ Megan Hopkins
MEGAN HOPKINS
Assistant Federal Defender
ELLIOT KEVANE
Certified Law Student
Attorney for Defendant

IT IS SO ORDERED.

Dated: June 18, 2025

HON. JEREMY D. PETERSON
United States Magistrate Judge